IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILLIP D. YOW JR., #1032223, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:10-CV-0005-K |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Div., | § | |
| | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections on July 3, 2012, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 9th day of July, 2012.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE